IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CRIMINAL NO.: 2:25-CR-00107-KD |
| | ) |
| WILLIAM HOWARD ARNOLD.<br>  Defendant. | )<br>) |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge Sonja F. Bivins, (Doc. 27), and without any objection having been filed by the parties, the plea of guilty of the Defendant WILLIAM HOWARD ARNOLD to Counts One and Two of the Indictment is now accepted, and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **December 12, 2025 at 11:00 a.m. in Courtroom 4A** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama 36602.

**DONE and ORDERED** this the **8th** day of **October 2025**.

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**